IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02349-WDM-PAC

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiff,

v.

GERTRUDE SCOTT BROWN, individually;
GAY S. MARKER (f/k/a GAY SCOTT), individually; and
NANCY J. HERTER, as personal representative for the Estate of Donald Karl Brown;

    Defendants.

## ORDER DISMISSING STATE FARM LIFE INSURANCE COMPANY

Miller, J.

This case is before me on the motion to dismiss filed by plaintiff State Farm Life Insurance Company on April 13, 2006. None of the defendants have responded to the motion to dismiss despite my minute order of April 19, 2006, directing responses to be filed by May 1, 2006.

On the same day as it filed its motion to dismiss, State Farm deposited drafts in the total amount of $5,997.40 into the registry of the court. These drafts represent the remaining proceeds of the State Farm Life Insurance Company policies relating to Donald Karl Brown. In light of these deposits and in accordance with my order of April 7, 2006, granting State Farm's motion to interplead the funds and for permanent injunction, State Farm should now be dismissed.

Accordingly, it is ordered:

1. State Farm's motion to dismiss, filed April 13, 2006, is granted.

2. State Farm is dismissed with prejudice from further proceedings in this matter.

DATED at Denver, Colorado, on May 5, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge